REVERSE the judgment on the pleadings AND REMAND this
 matter to the district court for further proceedings consistent with this
 order.

 Ac
 Hardesty
 rin_41; , J.

 Douglas
 20404 J.

 CHERRY, J., concurring.
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of this appeal.

 cc: Hon. David B. Barker, District Judge
 Greene Infuso, LLP
 Akerman LLP/Las Vegas
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A